ACCEPTED
06-14-00102-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/5/2015 10:05:52 AM
DEBBIE AUTREY
CLERK

## No. 06-14-00102-CR - CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/6/2015 8:07:00 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **TYRELL SMITH** | § | **SIXTH COURT** |
| | § | |
| | § | |
| **VS.** | § | **OF APPEALS** |
| | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **STATE OF TEXAS** |
| | § | |

## APPELLEE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Harrison County District Attorney, Appellee moves this Court pursuant to Tex. R. App. Proc. 10.5 and 38.6(D) for an extension of four (4) days or until April 6, 2015, in which to file the Appellee's brief. In support, the Appellee would show the following:

1. The Appellant's brief was filed on February 10, 2015

2. Appellee's brief was due for filing on April 2, 2015

3. This is the second request for extension of time.

4. Good cause exists for the granting of this motion, based on the following:

A. Appellee's brief was originally due on March 12, 2015. On that date Appellee filed its first Motion requesting a thirty (30) day extension. On March 18, 2015 Appellee received notice that the request had been granted. Since it was the first request, Counsel assumed it was for thirty days. On April 3, 2015 counsel was checking the status of other extensions and was surprised to discover his request had been reduced to a 21 day

extension. At that point counsel cancelled all holiday Easter plans and prepared the brief which is being filed contemporaneously with this motion, and requests this motion be granted because the Appellee should not be punished for counsel's erroneous assumption. Wherefore, Appellant requests until April 6 2015, in which to complete his brief.

B. This motion is not sought for the purposes of delay, but so that justice may be sought.

Wherefore, Appellant requests until April 6, 2015, in which to complete his brief.

Respectfully submitted,

/S/    Timothy J. Cariker

_____

Timothy J. Cariker
State Bar No. 24009942

P.O. Box 776
Marshall, Texas 75671
Telephone: 903-935-8408
Fax: 903-938-9312
timc@co.harrison.tx.us

ATTORNEY FOR APPELLEE
HARRISON COUNTY
DISTICT ATTORNEYS OFFICE

# CERTIFICATION OF SERVICE

I certify that a true and correct copy of the Appellee's Second Motion for Extension of Time to File Appellee's Brief has been delivered to the Appellant's Attorney on Appeal.
.

        *04/04/2015*                        /S/     *Timothy J. Cariker*

Dated_____

                                                Timothy J. Cariker
                                                State Bar No. 24009942

                                                P.O. Box 776
                                                Marshall, Texas 75671
                                                Telephone: 903-935-8408
                                                Fax: 903-938-9312
                                                timc@co.harrison.tx.us